AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>TYSHAWN CORBETT<br>*Defendant* | )<br>)<br>) Case No. 20 Cr. 213 (KAM)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyshawn Corbett

Date: 01/26/2021

*Attorney's signature*

Kenneth Montgomery 2923142
*Printed name and bar number*

198 Rogers Avenue
Brooklyn, NY 11225
*Address*

ken@kjmontgomerylaw.com
*E-mail address*

(718) 403-9261
*Telephone number*

(347) 402-7103
*FAX number*