LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 14, 2022

**BY ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Tyshawn Corbett; 20 Cr. 213 (KAM)**

Dear Judge Matsumoto:

     I, along with Kenneth Montgomery, represent Tyshawn Corbett. Pursuant to the Court's Order, dated March 11, 2022, we join in Mr. Allen's request for an extension of time to prepare motions in limine and consent to the exclusion of time under the Speedy Trial Act until April 29, 2022.

                                        Respectfully submitted,

                                                /s/

                                         Anthony Cecutti